```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

This document relates to:
:       CIVIL ACTION
02-4363    RONEY          :       NO. MDL 875
02-4409    HAMMOND        :
02-4410    GRESH          :
02-4411    GEARINGER      :
02-4413    BRASSILL       :
02-4414    FYE            :
02-4415    SEARFOSS       :
02-4416    SMITH          :
02-4479    SMALL          :
02-4480    MEYER          :
02-4608    BINDER         :
02-4658    BINDER         :
02-4659    BOULOUS        :
02-4730    NEES           :
02-4753    CUTHBERT       :
02-4754    WILLIAMS       :
02-4841    BROWN          :
02-5164    WHELAN         :
02-5165    MENTZER        :
02-5317    MCELHINEY      :
02-5318    DELGAUDIO      :
02-5319    WAGNER         :
02-5891    WALSH          :
02-5892    BRAUN          :
02-5893    WAGNER         :
02-5894    DELGADIO       :

<u>O R D E R</u>

      The Court having been advised that the issues raised in each of these actions are also presently pending before the Honorable District Court Judge Alfred Wolin.  Judge Wolin has been specially designated to sit in the District of Delaware and preside over these matters.  Further, the Judge has set a schedule and will proceed appropriately.  In the interest of judicial economy and for a prompt resolution of all outstanding issues this Court will hold its action in abeyance and await the ruling by the Bankruptcy Court.

**IT IS THEREFORE THE ORDER OF THIS COURT** that all pending motions for abstention and remand are denied without prejudice at this time with leave to renew at a later date. The cases are administratively dismissed, subject to reinstatement following the determination of the bankruptcy issues by Judge Wolin and any subsequent appeals thereto.

Done this 9th day of August, 2002.


BY THE COURT


_____
Charles R. Weiner, SJ